

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00384-CV

BRENDA COMBES AND TOM COMBES

APPELLANTS

V.

TARSEM GILL

APPELLEE

----------

FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

We have considered "Appellants' Motion to Dismiss with Prejudice." It is the court's opinion that the motion should be granted. Therefore, we lift the stay entered on January 3, 2014, and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL:  MEIER, MCCOY, and GABRIEL, JJ.

DELIVERED:  January 30, 2014